# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KIMBERLY AIGNER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AG BELLS II LLC; AG BELLS, LLC, and DOES 1 to 25,<br><br>Defendants. | Civil Action No. 1:25-cv-01287 |

## NOTICE OF SETTLEMENT

Plaintiff Kimberly Aigner, individually and on behalf of all others similarly situated, hereby advises this Honorable Court that she has reached an agreement in principle with Defendants AG Bells II LLC and AG Bells, LLC. The parties are finalizing settlement documents and expect to file a stipulation of dismissal within thirty days.

Dated: June 23, 2025                                   Respectfully Submitted,

                                                            */s/ Benjamin J. Sweet*
                                                            Benjamin J. Sweet
                                                            ben@nshmlaw.com
                                                            **NYE, STIRLING, HALE, MILLER, & SWEET LLP**
                                                            101 Pennsylvania Boulevard, Suite 2
                                                            Pittsburgh, Pennsylvania 15228
                                                            Phone: (412) 857-5350

                                                            *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to non-registered participants this 23rd day of June, 2025.

                                                            */s/ Benjamin J. Sweet*
                                                               Benjamin J. Sweet